# EXHIBIT 3

Order to Approve Settlement

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL KUTA**,
on behalf of himself and other persons
similarly situated, known and unknown,

    *Plaintiff*,

v.

**NEXEN CORPORATION** d/b/a
NEXEN LOGISTICS, STEPHEN KIRKA,
and JANEL LYNN KIRKA,
jointly and severally,

    *Defendants*.

Case No. 18-10797
Hon. Terrence G. Berg
Mag. Anthony P. Patti

| **MAURICE & JANE SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE** | **GASIOREK, MORGAN, GRECO, McCAULEY & KOTZIAN, P.C.** |
|---|---|
| John Philo (P52721) | Sam Morgan (P36694) |
| Tony Paris (P71525) | Angela M. Mannarino (P72374) |
| *Attorneys for Plaintiff* | Attorneys for Defendants |
| 4605 Cass Avenue, Second Floor | 30500 Northwestern Highway, Suite 425 |
| Detroit, MI 48201 | Farmington Hills, MI 48334 |
| (313) 993-4505 | (248) 865-0001 |
| (313) 887-8470 fax | (248) 865-0002 fax |
| jphilo@sugarlaw.org | smorgan@gmgmklaw.com |
| tparis@sugarlaw.org | amannarino@gmgmklaw.com |

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND RELEASE OF CLAIMS

WHEREAS, Plaintiff has asserted claims against Defendants alleging

violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et. seq.*

WHEREAS, after extensive settlement negotiations, the parties agreed upon a settlement amount and the material settlement terms and have executed a Settlement Agreement and Release of Claims.

WHEREAS, judicial approval of the parties' Settlement Agreement and Release of Claims is necessary for the settlement to be enforceable.  See *Lynn's Food Stores v. U.S.,* 679 F.2d 1350 (11th Cir. 1982); *see also, Snook v. Valley Ob-Gyn Clinic, P.C.*, No. 14-cv-12302, 2015 WL 144400, at *1 (E.D. Mich, January 12, 2015).

WHEREAS, the parties have submitted the Settlement Agreement and Release of Claims to the Court for review and approval.

WHEREAS, the parties' Settlement Agreement and Release of Claims represents a reasonable compromise of Plaintiff's claims that the parties recognize would otherwise require extensive litigation to ultimately determine.  The Settlement Agreement and Release of Claims was negotiated on behalf of the parties by their respective counsel, both of whom are experienced in litigation of FLSA claims.  The Settlement Agreement and Release of Claims fairly and reasonably compromises each party's interests, benefits and rights.  See *Lynn's Food Stores, Inc.*, 679 F 2d at 1354; *Williams v. K&K Assisted Living, LLC.*, 15-cv-11565, 2016 WL 319596, at *1 (E.D. Mich Jan 27, 2016).

WHEREAS, the Court, after having conducted a review of the Settlement Agreement and Release of Claims and being satisfied that it is a fair and reasonable settlement of the Plaintiff's claims, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Settlement Agreement and Release of Claims be and is approved, as submitted.

**IT IS SO ORDERED.**

_____
HONORABLE TERRENCE G. BERG
United States District Court Judge

Dated:


So stipulated and agreed:

*/s/ John Philo (with consent)*          */s/ Angela M. Mannarino*
JOHN PHILO (P52721)                      ANGELA M. MANNARINO (P72374)
Attorney for Plaintiff                   Attorney for Defendants

3